I agree with the majority that "[t]he dispositive issue on this appeal is whether plaintiff rebutted the presumption of probable cause created by the grand jury's indictment of her on the criminal charge instigated by defendant."
However, I would extend my views expressed in my dissent inHanson v. Couch. In that case I was addressing the particular facts of the situation presented in it.
It is my view that once a prosecution has been terminated favorably to one charged with a crime, whether it be by dismissal of the charge or indictment, or acquittal by a judge or jury, then there should be no presumption of probable cause created by the charge made either by a warrant, information, or indictment. Upon disposition favorable to the defendant, a new ball game begins and the fact issue of probable cause would be litigated before the trier of fact in the action for damages for malicious prosecution.